

# THE THIRTEENTH COURT OF APPEALS

---

## 13-20-00467-CV

---

Phillip Rodriguez

v.

H.E. Butt Grocery Company, L.P., Jointly and Severally; William Tate, Jointly and Severally and as employee of H.E. Butt Grocery Company; Stephen Martinez, Jointly and Severally and as employee of H.E. Butt Grocery Company; Meredith Reid, as employee of H.E. Butt Grocery Company, Jointly and Severally; Debra Ann Godoy, as employee of H.E. Butt Grocery Company, Jointly and Severally

---

On Appeal from the
285th District Court of Bexar County, Texas
Trial Court Cause No. 2020-CI-12089

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court be affirmed. The Court orders the judgment of the trial court AFFIRMED. No costs are assessed as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

October 7, 2021